# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 707 MAL 2017   <span style="color:red">M.D. Appeal Dkt.<br>11 MAP 2018</span>

                Respondent    :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

            v.                        :

THOMAS S. BELL,                 :

                Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether §1547(e) of the Vehicle Code, 75 Pa.C.S. §1547(e), is violative of Article 1 Section 8 of the Pennsylvania Constitution and the Fourth Amendment to the United States Constitution to the extent that it permits evidence of an arrestee's refusal to submit a sample of blood for testing without a search warrant as proof of consciousness of guilt at the arrestee's trial on a charge of DUI?